UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

TIMOTHY S. RODRIGUEZ,

    Plaintiff,

v.

AARON GORDON,

    Defendant.

No. 1:24-CV-067-H

### FINAL JUDGMENT

For the reasons stated in the Court's order granting the defendant's motion for summary judgment, Dkt. No. 66, it is hereby ordered, judged, and decreed that judgment is entered on all claims for Aaron Gordon. The Clerk is directed to close the case.

So ordered on November 6, 2025.

*/s/ James W. Hendrix*
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE